# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MONTELL JONES
*also known as*
MONTELL J JONES

                Plaintiff

    v.

QUALITY CORRECTIONAL CARE LLC         Civil Action No. 1:23-cv-159

JACKIE, *Nurse, Quality Correctional Care LLC*

GALPERIN, *Dr., Quality Correctional Care LLC*

GINA, *Nurse, Quality Correctional Care LLC*

                Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady

DATE: 6/9/2023                 CHANDA J. BERTA, CLERK OF COURT

                                            by  s/ S. Jarrell_____
                                            *Signature of Clerk or Deputy Clerk*